UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05-40039

FAZAL RAHEMAN
    Petitioner
    v
David Winn
    Respondent

No.

LEAVE TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS AND REQUEST TO MARK AN EARLY DATE ON COURT'S CALENDAR

    The petitioner in the above captioned cause respectfully seeks leave of this honorable court to file an application to proceed without prepayment of fees. As reasons therefore he moves his application supported by a notarized Affidavit and six monthly statement of his Inmate Systems account at FMC, Devens. Furthermore, as the relief sought is due in less than __8 weeks__, the petitioner's an early action.

    For all the above reasons, the petitioner respectfully requests this Honorable Court grant him the leave to proceed in forma pauperis, and mark an early briefing schedule on the Court's Calender.

    Respectfully submitted,

    Fazal Raheman,
    Petitioner,
    Reg. No. 46236-008
    FMC, Devens, P Box 879,
    Ayer, MA 01432

CERTIFICATE OF SERVICE

    I, Fazal Raheman, hereby certify that I served a copy of the foregoing pleading on the respondent by depositing in the FMC Mailing System on Febraury 25, 2005.

    Fazal Raheman

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| Plaintiff | APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT |
| V. | |
| Defendant | CASE NUMBER: |

I, **Fazal Kahiemhy**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Federal Medical Center, Devens, Ayer, MA 01432_

   Are you employed at the institution? _Yes_ Do you receive any payment from the _ARP - $0.12/hour_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
      _Not applicable_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      _Not applicable_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☑ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   (1) NIDA FAZAL RAHEMAN    DAUGHTER    CONTRIBUTE NONE AT THE PRESENT TIME

   (2) ALI FAZAL RAHEMAN    SON    NONE AT THE PRESENT TIME

I declare under penalty of perjury that the above information is true and correct.



January 5, 2004
_____                    _____
     Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**MASSACHUSETTS SIGNATURE WITNESSING**  Gov. Exec. Ord. #455 (03-13), §5(f)

Commonwealth of Massachusetts
County of __Worcester__ } ss.

On this the __6th__ day of __January__, __2005__, before me, __Suzan Couch__, the undersigned Notary Public, personally appeared __Raheman, Fazal__, Name(s) of Signer(s)

proved to me through satisfactory evidence of identity, which was/were __BOP ID Card__, Description of Evidence of Identity,

to be the person(s) whose name(s) was/were signed on the preceding or attached document in my presence.

SUZAN COUCH
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 5, 2007

_Suzan Couch_
Signature of Notary Public
_Suzan Couch_
Printed Name of Notary
My Commission Expires __7/5/07__

Place Notary Seal and/or Any Stamp Above

――――――――― OPTIONAL ―――――――――

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Right Thumbprint of Signer**
Top of thumb here

**Description of Attached Document**

Title or Type of Document: __Application to Court__

Document Date: __1-6-05__   Number of Pages: __2__

Signer(s) Other Than Named Above: __N/A__

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5953                                          Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)