UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAZAL RAHEMAN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DAVID WINN, )<br>)<br>Respondent. ) | C.A. No. 05-40039-DPW |

<u>ORDER</u>

On March 1, 2004, petitioner Fazal Raheman filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Raheman also filed an application to proceed without the prepayment of the $5.00 fee assessed for filing a petition for habeas relief.  According to the information Raheman submitted with this application, on January 6, 2005, the balance in his account at FMC Devens was $54.18.  Further, over the six months preceding that date, an average of $53.91 per month was deposited into the account. Based on this information, the Court concludes that Raheman has not shown that he is unable to pay the $5.00 filing fee.

ACCORDINGLY, it is hereby ordered that:

(1)    The petitioner's motion to proceed without prepayment of the filing fee is DENIED;

(2)  The petitioner shall, within thirty-five (35) days of the date of this order, pay the $5.00 filing fee.  Failure

to comply with this mandate will result in dismissal of the petition;

(3) The Clerk of this Court shall serve a copy of the petition, by certified mail, upon (a) David L. Winn, Warden, Federal Medical Center, Camp Devens, P.O. Box. 880, Ayer, MA 01432; and (b) the United States Attorney; and

(4) The respondent shall, within twenty-one (21) days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

March 9, 2005                /s/ Douglas P. Woodlock
Date                            United States District Judge