| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>KHAGON | C. Date of Delivery<br>3·14·0S |
| 1. Article Addressed to:<br><br>David L. Winn, Warden<br>Federal Medical Center, Camp Devens<br>P.O. Box 880<br>Ayer, MA 01432 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7002 0510 0004 1359 7592 | | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Pro Se
C5-40039 DPW
Kaherman