

Sender: Please print your name, address, and ZIP+4 in this box

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Pro Se
C5-40039 DPW
Rahimeul

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAR 1 1 2005 |
| 1. Article Addressed to:<br><br>Cathryn A. Neaves<br>Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, Massachusetts 02108 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) 7002 0510 0004 1359 7585 | |

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540