UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
FAZAL RAHEMAN,                  )
     Petitioner,                )    CIVIL ACTION NO.
                                )    05-40039-DPW
     v.                         )
                                )
DAVID L. WINN, WARDEN,          )
     Respondent.                )
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered May 19, 2005, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2241, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: May 19, 2005