UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAZAL RAHEMAN
    Petitioner

v.    No. 05-40039-DPW

DAVID WINN
    Respondent

**Renewed Motion To Expedite And Grant Judgment On Pleadings**

On April 22, 2005 petitioner had moved to expedite the disposition and grant judgment on pleading. As petitioner's disputed release date is due in less than two weeks, and factual basis of his claim is not disputed, the question of law is clear and unambiguous. Petitioner is therefore entitled for relief as a matter of law. As reasons therefore petitioner respectfully renews his Motion To Expedite and prays this Honorable Court grant him judgment on pleadings

Respectfully submitted,

Fazal Raheman
Pro Se Petitioner
Reg No. 46236-008, FMC, Devens,
Ayer, MA 01432

CERTIFICATE OF SERVICE

I, Fazal Raheman, hereby certify that I served a copy of the foregoing pleading on the counsel for respondent Ms Anita Johnson, AUSA, One Courthouse Way, Suite 9200, Boston, MA 02210, by depositing in the FMC Mailing System first class postage prepaid on May 18, 2005.

Fazal Raheman

1